# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 26, 2019

## NO. 03-18-00852-CV

### C. G. and B. E., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the decree terminating parental rights, signed by the trial court on January 31, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's decree terminating parental rights. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.